THE PEOPLE OF THE STATE OF NEW YORK EX REL. NEW YORK CENTRAL RAILROAD COMPANY, Appellant and Respondent, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents and Appellants, and CITY OF NEW YORK, Intervener, Appellant and Respondent.

Argued January 8, 1953; decided March 6, 1953.

*William R. Stevens* and *Gerald E. Dwyer* for appellant-respondent.

*Nathaniel L. Goldstein, Attorney-General* (*Edward J. Grogan, Jr.,* and *Wendell P. Brown* of counsel), for respondents-appellants.

*Denis M. Hurley, Corporation Counsel* (*Timothy F. Cohan* of counsel), for intervener-respondent-appellant.

Order affirmed, without costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Froessel, JJ.